# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Case No. 04-3149-01-CR-S-GAF |
| | ) | |
| **DANIEL PATRICK HOGAN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Now pending before the Court is defendant's *pro se* motions for Conference with the District Judges, Motion to Dismiss, and Motion for Immediate Hearing. Defendant is represented by counsel. The scheduling and trial order entered in this case provides that "pro se pleadings will not be accepted for defendants who are represented by counsel."

United States Magistrate Judge James C. England issued his Report and Recommendation on October 11, 2005.

Upon careful and independent review of the pending motions, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge James C. England.

Accordingly, it is hereby ORDERED that defendant's *pro se* motions for Conference with the District Judges, Motion to Dismiss, and Motion for Immediate Hearing are overruled and denied.

    /s/ Gary A. Fenner
    GARY A. FENNER, JUDGE
    United States District Court

DATED: October 28, 2005