# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 04-03149-01-CR-S-GAF |
| ) | |
| DANIEL PATRICK HOGAN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Now pending before the Court is defendant's motion for evaluation pursuant to 18 U.S.C. § 4241. On October 27, 2005, defendant was evaluated by Jason V. Dana, Psy.D., Forensic Studies Unit Psychologist, Federal Bureau of Prisons, Metropolitan Correctional Center, Chicago, Illinois. On January 26, 2006, a hearing was held on defendant's motion before the Honorable James C. England, Chief United States Magistrate Judge. On February 10, 2006, Chief United States Magistrate Judge James C. England issued his Report and Recommendation (Doc. #224).

Upon careful and independent review of the pending motion, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of Chief United States Magistrate Judge James C. England.

Accordingly, it is hereby ORDERED that defendant is declared competent to stand trial.

SO ORDERED.

/s/ Gary A. Fenner
GARY A. FENNER, JUDGE
United States District Court

DATED: March 21, 2006