IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 04-3149-01-CR-S-GAF |
| | ) | |
| DANIEL PATRICK HOGAN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Now pending before the Court is defendant's *pro se* Motion to Proceed Without Standby Counsel (Doc. #260); defendant's *pro se* Motion for Immediate Dismissal (Doc. #261); defendant's *pro se* Motion for Funds (Doc. #264); defendant's *pro se* Motion for FBI Investigation (Doc. #265); defendant's *pro se* Motion for Change of Venue (Doc. #266); defendant's *pro se* Motion to Suppress (Doc. #270); defendant's *pro se* Motion to Compel (Doc. #273); defendant's *pro se* Motion for Speedy Trial or Motion to Dismiss (Doc. #278); defendant's *pro se* Motion for Order (Doc. #280); and defendant's *pro se* Motion for Return of Documents (Doc. #281).

On August 17, 2006, Chief United States Magistrate Judge James C. England issued his Report and Recommendation.

Upon careful and independent review of the pending motions, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of Chief United States Magistrate Judge James C. England.

Accordingly, it is hereby ORDERED that defendant's *pro se* Motion to Proceed Without Standby Counsel (Doc. #260); defendant's *pro se* Motion for Immediate Dismissal (Doc. #261);

defendant's *pro se* Motion for Funds (Doc. #264); defendant's *pro se* Motion for FBI Investigation (Doc. #265); defendant's *pro se* Motion for Change of Venue (Doc. #266); defendant's *pro se* Motion to Suppress (Doc. #270); defendant's *pro se* Motion to Compel (Doc. #273); defendant's *pro se* Motion for Speedy Trial or Motion to Dismiss (Doc. #278); defendant's *pro se* Motion for Order (Doc. #280) are OVERRULED and DENIED.

IT IS FURTHER ORDERED that defendant's *pro se* Motion for Return of Documents (Doc. #281) is administratively closed.

SO ORDERED.

/s/ Gary A. Fenner
GARY A. FENNER, JUDGE
United States District Court

DATED: September 6, 2006